UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **United States of America,** | Criminal No. 05-CR-434 (JNE/SRN) |
| **Plaintiff,** | |
| v. | **ORDER** |
| **Alejandro Rodriguez Gallegos (1),** **Julio Cesar Lopez (2)** | |
| **Defendants**. | |

Nate Petterson, Esq., on behalf of Plaintiff

Alberto Miera, Esq., on behalf of Defendant Alejandro Gallegos

Thomas Plunkett, Esq., on behalf of Defendant Cesar Lopez

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated March ___, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Defendant Gallegos's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 47) is **DENIED**;

1

**2.** Defendant Gallegos's Motion to Suppress Evidence Found on Defendant's Person (Doc. No. 48) is **DENIED**;

**3.** Defendant Gallegos's Motion to Suppress Statements, Admissions and Answers (Doc. No. 49) is **DENIED**;

**4.** Defendant Lopez's Motion to Suppress All Statements (Doc. No. 13) is **DENIED**;

**5.** Defendant Lopez's Motion to Suppress Physical Evidence (Doc. No. 15) is **DENIED**;

**6.** Defendant Lopez's Motion to Suppress All Evidence Obtained Pursuant to the Execution of a Search Warrant (Doc. No. 27) is **DENIED**; and

**7.** Defendant Lopez's Motion to Dismiss Based on Entrapment/Notice of Intent to Raise Defense of Entrapment (Doc. No. 32) is **DENIED**.

DATED: May 3, 2004.

s/ Joan N. Ericksen<br>
Judge Joan N. Ericksen<br>
United States District Court Judge